## UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

| | |
|---|---|
| **WALTER ECKLES** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **LIFE SAFETY SERVICES, LLC and HUGHES ENVIRONMENTAL, INC.** | **CASE NO: 12-2580-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order Dismissing Case entered on March 27, 2014, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 3/28/2014

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By)  Deputy Clerk